UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTRELL DARSHAWN MORGAN,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Case No. 1:24-cv-165

HON. JANE M. BECKERING

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Vela filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on January 21, 2025, recommending that this Court grant the motion and that Plaintiff's claim against Defendant Vela be dismissed without prejudice. The Report and Recommendation was duly served on the applicable parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 15) is GRANTED, and Plaintiff's remaining claim against Defendant Vela is DISMISSED WITHOUT PREJUDICE. Defendant Vela is therefore TERMINATED from this action.

This case proceeds as to Plaintiff's remaining claim(s) against Defendant Roundtree.


Dated: February 19, 2025                                                     /s/ Jane M. Beckering
                                                                                          JANE M. BECKERING
                                                                                          United States District Judge